IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02027-MSK-BNB

KENNETH LOPEZ,

    Plaintiff,

v.

GENUINE PARTS COMPANY, a/k/a NAPA Auto Parts,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion to Vacate Scheduling Conference and Dismiss Case **(#9)** filed February 27, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 28th day of February, 2008.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge